RMM CONSULTING, LLC *v.* MICHAEL J. RIORDAN

The plaintiff's petition for certification for appeal from the Appellate Court, 128 Conn. App. 688 (AC 31529), is denied.

HARPER, J., did not participate in the consideration of or decision on this petition.

*Brendon P. Levesque* and *Karen L. Dowd,* in support of the petition.

*Kenneth B. Walton* and *Leslie P. King,* in opposition.

Decided July 6, 2011

STATE OF CONNECTICUT *v.* DAVID S. HECK

The defendant's petition for certification for appeal from the Appellate Court, 128 Conn. App. 633 (AC 31790), is denied.

HARPER, J., did not participate in the consideration of or decision on this petition.

*Daniel J. Foster,* special public defender, in support of the petition.

*Ronald G. Weller,* senior assistant state's attorney, in opposition.

Decided July 6, 2011

STATE OF CONNECTICUT *v.* GARY ROGERS

The defendant's petition for certification for appeal from the Appellate Court, 128 Conn. App. 765 (AC 31895), is denied.

*Norman Pattis,* in support of the petition.

*Rita M. Shair,* senior assistant state's attorney, in opposition.

Decided July 6, 2011